UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Pensacola_ DIVISION

AMENDED COMPLAINT

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Jarvey Jacobs, Jr,
Inmate # L26690
(Enter full name of Plaintiff)

vs.

CASE NO: 3:11cv520-LC/EMT
(To be assigned by Clerk)

WALTER GIELOW; Correctional
LIEUTENANT; JEFFERSON DAVIS,
CORRECTIONAL SERGEANT;
KYLE HALL, CORRECTIONAL
OFFICER

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed 0117*12UsDcFln3PM0254

**I.   PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Jarvey Jacobs, Jr
Inmate Number: L26690
Prison or Jail: Santa Rosa Correctional Inst
Mailing address: 5850 East Milton Road
Milton Florida 32583

**II.   DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Walter Gielow
Official position: Lieutenant
Employed at: Santa Rosa Correctional Inst
Mailing address: 5850 East Milton Road
Milton Florida 32583

(2) Defendant's name: Jefferson Davis
Official position: Sergeant
Employed at: Santa Rosa Correctional Inst
Mailing address: 5850 East Milton Road
Milton Florida 32583

(3) Defendant's name: Kyle Hall
Official position: Correctional officer
Employed at: Santa Rosa Correctional Inst
Mailing address: 5850 East Milton Road
Milton Florida 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV.   **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(✓)         No( )

1. Parties to previous action:
   (a) Plaintiff(s): Jacobs Jarvey
   (b) Defendant(s): Walter Grelow, Jefferson Davis, Kyle Hall
2. Name of judge: David Rimmer   Case #: 10-1778-CA01-OTH
3. County and judicial circuit: Santa Rosa, First Circuit
4. Approximate filing date: March 4, 2011
5. If not still pending, date of dismissal: Pending
6. Reason for dismissal: N/A
7. Facts and claims of case: Injunction for protection against abuse physical reprisals. Defendants beat the plaintiff

(Attach additional pages as necessary to list state court cases.)

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )         No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A   Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A

3

7. Facts and claims of case: __N/A__

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)     No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __Jacobs Jarvey__
   b. Defendant(s): __Williams Mathews__
2. District and judicial division: __EIGHTH Judicial CIRCUIT__
3. Name of judge: __TOBYS, MONACO__   Case #: __04-2010-CA-0035__
4. Approximate filing date: __May, 2010__
5. If not still pending, date of dismissal: __4-20-2011__
6. Reason for dismissal: __Failure to Prosecute__
7. Facts and claims of case: __Writ of mandamus to compel the DEFENDANT to STOP INTERFERING WITH PLAINTIFFS medical care__

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )     No(✓)

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__   Case Docket # __N/A__
4. Approximate filing date: __N/A__   Dismissal date: __N/A__
5. Reason for dismissal: __N/A__

4

7. Facts and claims of case: __N|A__

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )    No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __Jacobs Jarvey__
   b. Defendant(s): __Steven F. Singer__
2. District and judicial division: __Eighth Judicial Circuit__
3. Name of judge: __Toby S. Monaco__    Case #: __04-2010-CA-63__
4. Approximate filing date: __January 28 2010__
5. If not still pending, date of dismissal: __March 31 2010__
6. Reason for dismissal: __Without Prejudice to File A Facially Sufficient Petition__
7. Facts and claims of case: __Writ of Mandamus To Compel Defendant To Place Plaintiff on Protective Custody__

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )    No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__    Case Docket # __N/A__
4. Approximate filing date: __N/A__    Dismissal date: __N/A__
5. Reason for dismissal: __N/A__

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1) Defendant Walter Gielow Correctional Lieutenant, acting under color of state law at all times mentioned in this complaint showed deliberate indifference to plaintiffs serious mental health needs. On November 29th 2010 at Santa Rosa Correctional Institution wing #3 of B dorm at approx 7:08 am Defendant Gielow and Defendant Davis came to plaintiffs cell B3105. Plaintiff stated to Defendant Gielow that he was declaring a mental health emergency and that he was suicidle. Defendant Gielow stated to plaintiff that he was not calling mental health; stated "Go lay down or Im going to use chemical agents" denying the plaintiff a mental health emergency. As a result of Defendant Gielows deliberate indifference to plaintiffs serious mental health needs and leaving plaintiff unattended. Plaintiff attempted suicide by cutting his left arm. Other inmates saw blood and kicked their cell door to get immediate help.

2) Defendant Gielow, a camera operator and Defendant Davis came to plaintiffs cell B3105. At approx 7:20am Defendant Gielow seen that the plaintiff attempted suicide and ordered the plaintiff to "cease his

5

DISRUPTIVE BEHAVIOR OR CHEMICAL AGENTS WOULD BE APPLIED" PLAINTIFF HELD HIS ARM UP TO THE WINDOW SO THAT THE CAMERA COULD SEE. DEFENDANT DAVIS TRIED TO BLOCK THE VIEW OF THE CAMERA SO THAT THE CAMERA WOULD NOT SEE BLOOD IN HOPES OF BEING ABLE TO USE CHEMICAL AGENTS ON THE PLAINTIFF WHOM HAS ASTHMA. PLAINTIFF WAS THEN PULLED OUT OF HIS CELL B3105 WEARING STATE CLOTHING AND TAKEN TO B-DORM SALLYPORT. DEFENDANT GIELOW CLEARLY SHOWED DELIBERATE INDIFFERENCE TO PLAINTIFFS SERIOUS MENTAL HEALTH NEEDS. ONCE IN B-DORM SALLYPORT DEFENDANT GIELOW ORDERED THE CAMERA TO BE SHUT OFF BY THE CAMERA OPORATER.

3.) DEFENDANT KYLE HALL ACTING UNDER COLOR OF STATE LAW AT ALL TIMES MENTIONED IN THIS COMPLAINT IN B-DORM SALLYPORT ON NOVEMBER 29TH 2010 AT APPROX 7:27AM AT SANTA ROSA CORRECTIONAL INSTITUTION. SHOWED DISCRIMINATORY TREATMENT TO PLAINTIFF IN VIOLATION OF EQUAL PROTECTION WHEN HE CUT OFF ALL OF THE PLAINTIFFS CLOTHING, EXPOSING PLAINTIFFS GENITALS AND BUTTOX. REPLACING PLAINTIFFS STATE ISSUED CLOTHING WITH A "SHORT PINK REVEALING SKIRT" DEFENDANT HALLS INTENTIONS WERE MALICIOUSLY AND DONE TO HUMILIATE THE PLAINTIFF. PLAINTIFF WAS SIMILARLY SITUATED WITH OTHER MALE PRISONERS WHOM RECIEVED MORE FAVORABLE TREATMENT WHEN TAKEN ON SELF HARM OBSERVATION STATUS. OTHER MALES RECIEVE A DARK GREEN SUICIDE PRECAUTION SHROUD AND THEIR CLOTHING IS REMOVED IN PRIVACY AND VOLUNTARILY. THEIR SHROUD IS NOT PINK AND DOESN'T REVEAL GENITALS. THE GREEN SHROUD IS KNEE LENGTH OR APPROX 1" INCH ABOVE THE KNEE. PLAINTIFF WAS NOT GIVEN THE EQUAL PROTECTION

the other male inmates recieve at Santa Rosa Correctional Institution. Once in the IMR cell (self harm cell) the pink skirt was taken and Plaintiff was then given a green shroud.

4.) Defendant Kyle Hall, a Correctional Officer used excessive force, more than was necessary on the Plaintiff in B-Dorm Sally Port at approx 7:35am on November 29th, 2010 at Santa Rosa Correctional Institution. After cutting Plaintiffs clothing off Defendant Hall punched the Plaintiff in the back of the head causing bleeding, and a laceration with swollen knot. Plaintiff did see handcuffs in Halls hands. Plaintiff posed no great threat of bodily harm to Defendant Hall. Plaintiff was handcuffed behind his back at all times. This excessive force was unprovoked by the Plaintiff. Defendant Hall made it clear that he did not like or agree with Plaintiffs sexuality by calling Plaintiff derogatory names "Fucking faggot being a punk is a disgrace queer ass bitch"

5.) Defendant Jefferson Davis, a Correctional Sergeant, acting under color of state law at all times mentioned in this complaint in B-Dorm Sally Port on November 29th 2010 at approx 7:35am at Santa Rosa Correctional Institution used excessive force on Defendant while holding the Plaintiffs right restrained arm. The Plaintiff was facing a wall in B-Dorm Sally Port. Defendant Davis threw Plaintiff to the floor and proceeded

7.

to punch the plaintiff in his lower back area, kidney area and right inner arm causing bruises to plaintiff's right arm. Defendant Davis also called plaintiff derogatory names while breathing heavy Davis stated "Do you still want a psych emergancy faggot"

6.) Defendant Kyle Hall participated in further using excessive force at approx 7:38am in B-Dorm sallyport on November 29th 2010 at Santa Rosa Correctional Institution when he joined defendant Davis whom was beating the plaintiff on the floor. Defendant Hall choked the plaintiff, punched the plaintiff in the face area and put pressure to the plaintiff's left eye causing lacerations and bruises to plaintiff's face. At this time plaintiff was in fear for his life. He did state if defendants did not stop beating him he would spit.

7.) Defendant Gielow, after the beating, ordered the camera to be turned back on. Plaintiff was then taken to the B-Dorm triage room at approx 7:40am in B-Dorm. Nurse Donohoo examined the plaintiff and ordered Gielow to take plaintiff to the medical E.R for possible stitches and mental health treatment. There is also a camera that is in the sallyport of B-Dorm that monitors the triage room.

8.) Plaintiff was escorted outdoors in the cold with nothing but the pink skirt on to the E.R. where he was treated and ordered to be placed in the IMR cell by Kimba Gill, mental health

8

At approx 8:21am the pink skirt was taken and replaced with the green shroud all other inmates recieve when on self harm observation.

9.) Plaintiff still has constant headaches and has lost all sense of smell caused from the blow to the head by Defendant Hall. Plaintiff also has nightmares of this abuse, even more so now.

10.) Plaintiff states for the record that he has a known extensive history of suffering from mental health illness. Defendants were aware of this. 30 days prior to this incident Plaintiff was released from "TCU" Transitional Care Unit, an inpatient psychiatric unit here at this institution that houses distressed suicide inmates. Defendant Kyle Hall, escorted the Plaintiff from this unit to B-Dorm himself. Defendant Jefferson Davis' previous post was in the "TCU" and upon Plaintiffs believe Davis was removed for using excessive force on mental health patients. Defendant Walter Gielow has an extensive history of abusing inmates aswell and has been under investigation numerous times for these acts.

11.) Defendants Kyle Hall, and Jefferson Davis Both are larger than the Plaintiff and Plaintiff was in hand restraints the entire time. Plaintiff posed no threat to either of the Defendants.

9.

### VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

DEFENDANT LIEUTENANT WALTER GIELOW VIOLATED PLAINTIFFS UNITED STATES 8TH AMENDMENT CONSTITUTIONAL RIGHT SHOWING DELIBERATE INDIFFERENCE TO PLAINTIFFS SERIOUS MENTAL HEALTH NEEDS. SEE PARAGRAPH #1 and #2 DEFENDANT JEFFERSON DAVIS VIOLATED THE PLAINTIFFS UNITED STATES 8TH AMENDMANT CONSTITUTIONAL RIGHT, USING EXCESSIVE FORCE SEE PARAGRAPH #5 DEFENDANT KYLE HALL VIOLATED PLAINTIFFS UNITED STATES 14TH AMENDMENT CONSTITUTIONAL RIGHT, EQUAL PROTECTION RIGHT SEE PARAGRAPH #3. HALL ALSO VIOLATED PLAINTIFFS 8TH AMENDMENT CONSTITUTIONAL RIGHT USING EXCESSIVE FORCE SEE PARAGRAPH 4 AND 6 OF THIS COMPLAINT.

### VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

PLAINTIFF SEEKS: COMPENSATORY DAMAGES $3,000 FROM ALL DEFENDANTS EACH SEPERATELY. PUNITIVE DAMAGES $8,000 FROM WAITER GIELOW AND KYLE HALL, $3,500 FROM DEFENDANT JEFFERSON DAVIS. A DECLATORY JUDGEMENT. A TRIAL BY JURY. ALL COST IN THIS SUITE, ATTORNEY FEE'S IF ANY. NOMINAL DAMAGES.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

1/12/12
(Date)

(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 12 day of JANUARY, 20 12.

(Signature of Plaintiff)

Revised 03/07

7

## UNNOTARIZED OATH

UNDER THE PENALTIES OF PERJURY, I declare that I have read the foregoing petition and that the facts stated in it are true

Executed this _12_ day of _JANUARY_, 20_12_, by the undersigned.

/s/ _[signature]_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing, _1983 Claim (AMENDED Complaint)_, has been placed in the hands of a Florida Department of Corrections Official for mailing via U.S. Mail to: _UNITED STATES DISTRICT CORT FOR THE NORTHERN DISTRICT OF FLORIDA PENACOLA DIVISION._ on this _12_, day of _JANUARY_, 20_12_.

PROVIDED TO
SANTA ROSA C.I. O.
JAN 12 20
FOR MAILING

/s/ _[signature]_
JARVEY JACOBS JR
DC# _L26690_   Loc. _C DORM_
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

Jacobs Jarvey DC# L26690
Santa Rosa Correctional Institution
5850 East Milton Road, Milton Florida
32583

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION



U.S. POSTAGE >> PITNEY BOWES
ZIP 32583 $ 001.28⁰
02 1W
0001370476 JAN 13 2012

Office of the Clerk
United States District Court
Northern District of Florida
1 North Palafox Street
Pensacola, Florida
32502

"Legal Mail"