IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JARVEY JACOBS, JR.,
    Plaintiff,

vs.                                  Case No.  3:11cv520/LAC/EMT

WALTER GIELOW, et al.,
    Defendants.
_____/


**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 22, 2014 (doc. 165).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's claim against Defendant Gielow, and Defendant Gielow is therefore **DISMISSED** from this action.

3. Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's claim against Defendant Hall regarding his removal of Plaintiff's clothing.

4. Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's claims for compensatory and punitive damages.

5. Defendants' motion for summary judgment is **DENIED** as to Plaintiff's excessive force claims against Defendants Hall and Davis.

6. This matter is referred to the Magistrate Judge for further action.

**ORDERED** on this 7th day of March, 2014.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge