UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JARVEY JACOBS, JR.,**

    **Plaintiff,**

**v.**                                                                                            Case No. 3:11cv520/CJK

**JEFFERSON DAVIS, et al.,**

    **Defendants.**
_____/

**FINAL JUDGMENT**

    This action came before the Court and a jury trial with the undersigned presiding.  Following a trial on all the issues, the jury rendered its verdict on February 25, 2015, in favor of defendants Davis and Hall as to plaintiff's Eighth Amendment excessive force claim.

    In addition, on March 7, 2014, the district court entered summary judgment in favor of defendant Gielow on plaintiff's Eighth Amendment claim of deliberate indifference to plaintiff's suicide risk and in favor of defendant Hall on plaintiff's Eighth Amendment claim regarding the removal of plaintiff's clothing.

    Accordingly, final judgment is hereby entered in favor of defendants **GIELOW, DAVIS, and HALL**, with costs taxed against the plaintiff.

    **SO ORDERED** this 26th day of February, 2015.

                                              */s/ Charles J. Kahn, Jr.*
                                              **CHARLES J. KAHN, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**